UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GLEN NELSON,

    Plaintiff,                       Case No. 18-cv-13393
                                           Hon. Matthew F. Leitman

v.

GRAND TRUNK WESTERN
RAILROAD COMPANY,

    Defendant.

_____/

## **ORDER EXTENDING DISCOVERY**

**IT IS HEREBY ORDERED** that the fact discovery date of July 12, 2019 is

extended to September 27, 2019. The expert discovery date remains October 11,

2019. The dispositive motions cut-off remains November 15, 2019.

**IT IS SO ORDERED.**

                              /s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated: July 8, 2019

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on July 8, 2019, by electronic means and/or ordinary mail.

                              s/Holly A. Monda
                              Case Manager
                              (810) 341-9764