UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLEN NELSON,

    Plaintiff,                                        Case No. 18-cv-13393
                                                                        Hon. Matthew F. Leitman

v.

GRAND TRUNK WESTERN
RAILROAD COMPANY,

    Defendant.
_____/

## ORDER ON STATUS CONFERENCE

On August 12, 2020, the Court held an on-the-record video status conference in this action.  For the reasons explained during the status conference, the Court will stay consideration of any and all matters pending completion of a settlement conference to be scheduled by Magistrate Judge David Grand.  The parties shall not submit any new filings – including, but not limited to, responses and replies to pending motions – until completion of the settlement conference.  If this action does not settle, Defendant shall have fourteen (14) days from the completion of the settlement conference to file a reply brief in further support of its motion for reconsideration (ECF No. 40).

    **IT IS SO ORDERED**.

                                                             s/Matthew F. Leitman
                                                             MATTHEW F. LEITMAN
                                                             UNITED STATES DISTRICT JUDGE

Dated:  August 12, 2020

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 12, 2020, by electronic means and/or ordinary mail.

                                        s/ Holly A. Monda
                                        Case Manager
                                        (810) 341-9764