UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLEN NELSON,

    Plaintiff,

v.

GRAND TRUNK WESTERN
RAILROAD COMPANY,

    Defendant.

Case No. 4:18-cv-13393
Hon. Matthew F. Leitman
Magistrate David R. Grand

**ORDER GRANTING ATTORNEY ZWICKER AND THE GALLAGHER SHARP FIRM'S WITHDRAWAL AS COUNSEL OF RECORD FOR DEFENDANT GRAND TRUNK WESTERN RAILROAD COMPANY**

In consideration of the stipulation of the parties (ECF No. 71), the Court grants the request to withdraw by attorney Adam C. Zwicker and his firm, Gallagher Sharp LLP, as counsel of record for Defendant Grand Trunk Western Railroad Company (GTW). Attorney Mary C. O'Donnell and her firm, Wise Carter Child & Caraway, P.A., shall continue as counsel of record for Defendant GTW.

        /s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: November 22, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 22, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
