UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLEN NELSON,

    Plaintiff,

v.

                                           Case No. 18-cv-13393
                                           Hon. Matthew F. Leitman

GRAND TRUNK WESTERN
RAILROAD COMPANY,

    Defendant.
_____/

## ORDER STARTING FINAL PHASES OF DISCOVERY

On April 29, 2021, the Court issued an order in which it set a schedule for the final phases of discovery in this action. (*See* Order, ECF No. 65.) The Court further explained that it would allow the parties to begin that discovery as soon as it had more clarity on when it would be able to set a trial date. (*See id.*)

The Court held an off-the-record status conference with counsel for all parties to discuss the trial date on March 8, 2022. As discussed with counsel during that conference, the Court is now in a position to allow the parties to begin the discovery described in the April 29 order. Accordingly, the 60-day period for Defendant to serve full expert disclosures on Plaintiff as identified on Page 4 of the Court's April 29 order (*see id.*, PageID.2202) shall begin to run on **April 4, 2022**. Likewise, the

1

120-day discovery period identified on Page 5 of the Court's April 29 order (*see id.*, PageID.2203) shall also commence on **April 4, 2022**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 9, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 9, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
