UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLEN NELSON,

     Plaintiff,

v.

GRAND TRUNK WESTERN
RAILROAD COMPANY,

     Defendant.

Case No. 18-cv-13393
Hon. Matthew F. Leitman

_____/

## ORDER REQUIRING PERSONAL APPEARANCE AT MOTION HEARING

On August 23, 2022, at 9:30 a.m., the Court will hold an in-person hearing on three outstanding motions (ECF Nos. 77, 83, and 86) in this action. (*See* Notice of Hearing, ECF No. 87.)  As discussed on the record during a June 14, 2022, status conference, the following people shall attend the hearing **in person**: (1) Nelson, (2) counsel for Nelson, (3) Grand Trunk representative Linda Coyle, and (4) counsel for Grand Trunk.

The Court further directs the parties to continue to communicate in an attempt to resolve the motions in whole or in part.  If the parties resolve any portions of the motions prior to the August 23 hearing, the parties shall inform the Court as soon as possible.

1

Finally, the parties shall cease all discovery until further order of the Court.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 16, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 16, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2